UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EVA BASILE

        Plaintiff,

                                    Case No. 6:15-cv-01430-JA-GJK

v.

NAVIENT SOLUTIONS, INC.

        Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Navient Solutions, Inc. (NSI), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: January 8, 2016.

                                    Respectfully submitted,

                                    /s/ Rachel A. Morris
                                    Rachel A. Morris, Esq.
                                    Florida Bar No. 0091498
                                    Dayle M. Van Hoose, Esq.
                                    Florida Bar No. 0016277
                                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                    3350 Buschwood Park Drive, Suite 195
                                    Tampa, FL 33618
                                    Telephone:  (813) 890-2469
                                    Facsimile:   (866) 209-0761
                                    rmorris@sessions.legal

dvanhoose@sessions.legal

*Attorneys for Defendant,
Navient Solutions, Inc.,*

**CERTIFICATE OF SERVICE**

I certify that on this 8th day of January 2016, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Christopher Legg, Esq.
Christopher W. Legg, P.A.
3837 Hollywood Blvd., Ste. B
Hollywood, FL 33021
ChrisLeggLaw@gmail.com

/s/ Rachel A. Morris
Attorney